Edward Bailey
13049 NE Broadway st
Portland OR 97230

503-572-9496

FILED 16 MAR '22 13:53 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF OREGON

| | | |
|---|---|---|
| **EDWARD BAILEY** | § | |
| | § | |
| **Plaintiff,** | § | Case No. _3: 22-CV-429-YY_ |
| | § | |
| **vs.** | § | |
| | § | |
| **MULTNOMAH COUNTY** | § | COMPLAINT FOR A CIVIL ACTION |
| **SHERIFF, and MICHAEL** | § | |
| **REESE, etc.; al.** | § | **(42 USC sec 1983, 1985)** |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

COMES NOW Plaintiff Edward Earl Bailey, one of the People of the

American Republic and in this Court of Record complains of Multnomah

County Sheriff's Office (MCSO) (hereinafter referred "Defendant MSCO),

Michael Reese (hereinafter referred "Defendant Reese) and DOES 1-23

(hereinafter referred "Defendant DOE) who are each summoned to answer

#97272

said Plaintiff in a plea of violation to several statutory causes of action, to wit:

1.

## JURISDICTION AND VENUE

This is a civil action authorized by 42 U.S.C. § 1983, being brought to redress the deprivation under color of state law, state statute, ordinance, regulation, custom or usage of rights, privileges and immunities secured by the Constitution and laws of the United States or by any act of Congress providing for the equal rights of citizens. Including Eighth Amendment's prohibition on cruel and unusual punishment and unlawful **"Excessive Force."**

Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. § 1331 and 28 U.S.C. §1343 (a)(3) and (4), this being a suit authorized by law. The rights here sought to be protected are rights secured by the equal protection clauses of the Fourteenth Amendment of the Constitution of the United States.

Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §, § 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. §, § 2283 and 2284, including Rule 65 of the Federal Rules of Civil Procedure.

The United States District Court for the District of Oregon is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occurred.

The Court has supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367.

## PARTIES

### 2.

Plaintiff **(Edward Earl Bailey)** is now, and at all times relevant to this action, a resident of the County of MULTNOMAH, State of OREGON. Plaintiff is located at 13049 NE BROADWAY STREET PORTLAND, OR 97230.

### 3.

Defendant **(MICHAEL REESE)**is the Sheriff of Multnomah County. He is responsible for the operation of Multnomah County Detention Center and for the welfare of all inmates in custody. He is being sued in both his official (municipal and of state authority and purports to act under that authority) and individual capacity.

### 4.

Defendant (**MICHAEL REESE)** supervised, administered, and managed all employees of the sheriff office, and was responsible for ensuring the presence and implementation of proper policies, procedures, and training.

### 5.

Defendant  (**MICHAEL REESE)** was responsible for the training, supervision, and discipline of County employees or agents of the sheriff's office. At all times material, defendant Reese was acting under color of state law. He is being sued in both his official (municipal and of state authority and purports to act under that authority) and individual capacity.

### 6.

Defendants (**"CPT. ERIC P. SMITH")** is the  captain for the Multnomah County Sheriff's Office for the Multnomah County Sheriff's Office (MCSO). He is responsible for the operation of the jail facilities and for the welfare of all in-custody inmates. He is being sued in both his official (municipal and of state authority and purports to act under that authority) and individual capacity.

### 7.

Defendants (**"CPT. ERIC P. SMITH"**) supervised, administered, and managed all employees of the sheriff office, and was responsible for ensuring the presence and implementation of proper policies, procedures, and training.

8.

Defendants (**"CPT. ERIC P. SMITH ")** ) was responsible for the training, supervision, and discipline of County employees or agents of the sheriffs office. At all times herein pertinent, defendant Smith was acting under color of state law. He is being sued in both his official (municipal and of state authority and purports to act under that authority) and individual capacity.

9.

Defendants (**"CPT. ERIC P. SMITH")** , is a MCSO Captain and is the Facility Commander at "MCDC." He is responsible for the operation, and for the welfare of all inmates at "MCDC."

10.

Defendants (**""CPT. ERIC P. SMITH")** ) supervised, administered, and managed all employees at "MCDC," and was responsible for ensuring the presence and implementation of proper policies,

11.

Defendant **CPT ERIC P. SMITH**: At all times herein pertinent, the defendant was acting under color of state law. He is being sued in both his official (municipal and of state authority and purports to act under that authority) and individual capacity.

12.

Defendant ( **CPT ERIC P. SMITH"**) At all times herein pertinent, the defendant was acting under color of state law.

13.

Defendant, aka **("BOB BURTON"),** Plaintiff is informed and believes, and thereon alleges, that this defendant is Bob Burton is employed as Senior Claims Specialist : CPCU, ARM, ARM-P, AIC, SCLA for the "MULTNOMAH COUNTY SHERIFF" whose last known address:1120 SW 3rd. Av. PORTLAND, OREGON 97204, and / or. : PO Box 669 Chino, CA 91708 doing business in the County of MULTNOMAH, State of OREGON.

14.

Defendant, aka **(JOHN-DOE#1),** Plaintiff is informed and believes, and thereon alleges, that this defendant is a deputy for the "MULTNOMAH COUNTY SHERIFF" whose last known address is 1120 SW 3rd. Av.

PORTLAND, OREGON 97204 doing business in the County of

MULTNOMAH, State of OREGON. Plaintiff is further informed and

believes, and thereon alleges as more particularly are described in the

Complaint.

15.

Defendant, aka **(JANE-DOE#2),** Plaintiff is informed and believes,

and thereon alleges, that this defendant is a deputy for the "MULTNOMAH

COUNTY SHERIFF" whose last known address is 1120 SW 3rd. Av.

PORTLAND, OREGON 97204 doing business in the County of

MULTNOMAH, State of OREGON. Plaintiff is further informed and

believes, and thereon alleges as more particularly are described in the

Complaint

16.

Defendant, aka **(STG. JOHN-DOE #3),** Plaintiff is informed and

believes, and thereon alleges, that this defendant is a sergeant for the

"MULTNOMAH COUNTY SHERIFF" whose last known address is 1120

SW 3rd. Av. PORTLAND, OREGON 97204 doing business in the County of

MULTNOMAH, State of OREGON. Plaintiff is further informed and

believes, and thereon alleges as more particularly are described in the Complaint.

17.

Defendant, aka **(STG. JOHN-DOE #4),** Plaintiff is informed and believes, and thereon alleges, that this defendant is a sergeant  for the "MULTNOMAH COUNTY SHERIFF" whose last known address is 1120 SW 3rd Ave. PORTLAND, OREGON 97204 doing business in the County of MULTNOMAH, State of OREGON. Plaintiff is further informed and believes, and thereon alleges as more particularly are described in the Complaint. He is being sued in both official supervisory for his subordinate's conduct as well as his own and individually.

18.

Defendant, aka **(JOHN-DOE #5),** Plaintiff is informed and believes, and thereon alleges, that this defendant is a deputy for the "MULTNOMAH COUNTY SHERIFF" whose last known address is 1120 SW 3rd Ave. PORTLAND, OREGON 97204 doing business in the County of MULTNOMAH, State of OREGON. Plaintiff is further informed and believes, and thereon alleges as more particularly are described in the Complaint.

19.

Defendant, aka **(JOHN-DOE#6),** Plaintiff is informed and believes,

and thereon alleges, that this defendant is a deputy for the "MULTNOMAH

COUNTY SHERIFF" whose last known address is 1120 SW 3rd Ave.

PORTLAND, OREGON 97204 doing business in the County of

MULTNOMAH, State of OREGON. Plaintiff is further informed and

believes, and thereon alleges as more particularly are described in the

Complaint.

20.

Defendant, aka **("JOHN-DOE #7")**, Plaintiff is informed and

believes, and thereon alleges, that this defendant is a deputy for the

"MULTNOMAH COUNTY SHERIFF " whose last known address is 1120

SW 3rd Ave. PORTLAND, OREGON 97204 doing business in the County

of MULTNOMAH, State of OREGON. Plaintiff is further informed and

believes, and thereon alleges as more particularly are described in the

Complaint.

21.

Defendant, aka **("JANE-DOE MEDICAL#8"),** Plaintiff is informed

and believes, and thereon alleges, that this defendant is a deputy for the

"MULTNOMAH COUNTY SHERIFF " whose last known address is 1120

SW 3rd Ave. PORTLAND, OREGON 97204 doing business in the County of

MULTNOMAH, State of OREGON. Plaintiff is further informed and

believes, and thereon alleges as more particularly are described in the

Complaint.

22.

Defendant, aka **("JOHN-DOE#9")** Plaintiff is informed and believes,

and thereon alleges, that this defendant is a deputy working for the

"MULTNOMAH COUNTY SHERIFF " whose last known address is 1120

SW 3rd. Av. PORTLAND, OREGON 97204 doing business in the County of

MULTNOMAH, State of OREGON. Plaintiff is further informed and

believes, and thereon alleges as more particularly are described in the

Complaint.

23.

Defendant, aka **("JOHN-DOE #10"),** Plaintiff is informed and

believes, and thereon alleges, that this defendant is working as the Head

Nurse  for the "MULTNOMAH COUNTY SHERIFF" whose last known

address is 1120 SW 3rd. Av. PORTLAND, OREGON 97204 doing business

in the County of MULTNOMAH, State of OREGON. Plaintiff is further

informed and believes, and thereon alleges as more particularly are

described in the Complaint.

Defendant, aka **("JANE-DOE #11"),** Plaintiff is informed and

believes, and thereon alleges, that this defendant is working as a Nurse for

the "MULTNOMAH COUNTY SHERIFF" whose last known address is

1120 SW 3rd. Av. PORTLAND, OREGON 97204 doing business in the

County of MULTNOMAH, State of OREGON. Plaintiff is further informed

and believes, and thereon alleges as more particularly are described in the

Complaint.

24.

## INTRODUCTION

This action is to redress the deprivation of rights secured by Plaintiff through

the Constitution of the United States. Defendants are both officials and private

parties acting under the color of state law, to carry out acts under the guise of their

putative official capacity "clothed with the authority of state law," or acts under

"pretense" of law by purporting to act with official and Public Officers authority

and power, as either officers under Oregon Municipality Statutes, ordinance,

custom, or usage, within the State of Oregon and/or within the United States of America and subjected Plaintiff a People of the American Republic a "Real Person" of land and improvements within their false and de facto jurisdiction thereof to the deprivation of rights, privileges, and immunities secured by the Constitution and Laws.

At this time, Plaintiffs do not have access to discovery to learn the identities of additional defendants responsible for the harm alleged herein. Plaintiffs will amend to include County employees, officers, administrators, and supervisors responsible for the jail security, AIC health and safety, provision of medical services, enactment and implementation of policies, practices, and customs relating to these issues, and the delivery of healthcare at "MCDC."

25.

**NATURE OF THE CAUSE**

On or about MARCH 17,2020 Plaintiff was arrested for a warrant that did not exist, and all charges were dropped while in the jail holding area after being processed for intake. Plaintiff called his attorney right after being booked and was informed that he was going to be released. Plaintiff has video of all the defendants

involved causing the neck and back injuries, and charging me with disorderly

conduct. A (DR) for stating "I'm Going Home."

On March 16, 2022 Social Security determined that my injuries were

disabling as of August 7, 2020 5-months (MCDC) officers injured me.


### First Cause of Action

1.) Plaintiff alleges and submits the evidence will show that at all time relevant
to this Complaint:

2.) that he did not pose an immediate threat of harm to the Defendants or others;
and

3.) nor was he armed or that other persons subject to the staff and officers action
where in immediate danger; and

4.) there was no resisting or attempting to escape during the duration of the
Defendants herein actions.

5.) Plaintiff alleges that the injuries he sustained were unnecessary and no
reasonable person/officer at the scene would have believed it to be
necessary.

6.) **(Defendant JANE-DOE#2)** was working in the control tower and started
addressing Plaintiff with hostility about being loud in the dayroom while on

the phone. When Plaintiff finished she instructed me to be placed in an

isolation cell, because Plaintiff stood up and said "I Told Y'all, I Am Going

Home.

"Ex/ Attached Video-1 at 00:34

7.) **Defendant (JOHN-DOE#1)** The deputy with short brown hair and a beard

escalated the situation by grabbing me by the arm, and the throat and

choking me without warning after picking up my Lunch. He put his

paperwork down on (JANE-DOE#2) desk while I was turned around.

Ex./ Attached Video-1 at ( 00:57)

8.) **Defendants (JOHN-DOE#1)** He was in the process of getting another

inmate for processing. He stopped and was trying to get my attention while I

was being yelled at by Defendant in the control tower ( JANE-DOE#2).

Ex/ Attached Video at (51:00)

9.) **Defendant ( Sgt. JOHN-DOE#3)** was at the medical desk 5-feet behind

me. He grabbed my neck from the backside first, and (JOHN-DOE#1) was

on my right side, and they were walking me to an Isolation cell while

applying pressure to my neck that started sending electrical shocks down my spine.

Ex/ Attached Video-1 at (01:00)

10.) **Defendant (JOHN-DOE#5)** with the black hat came over taking my wrist replacing (JANE-DOE#2)

Ex/ Attached Video-1 at (01:03)

11.) **Defendants (JOHN-DOE #1, JOHN-DOE #3, and JOHN-DOE #5)** all grabbed my neck knowing I was asking them not to do that, and they all started to apply more pressure to my neck, and when I asked them not to again. I dropped to the ground in hopes that they would stop.

Ex/ Attached Video-2 at (01:07)

## **Second Cause of Action**

12.) **Defendant (JOHN-DOE #6)** walked up from behind after I was on the ground and started choking me on the ground while ( JOHN-DOES #3, and #5 ) held my left, and right arm while ( JOHN-DOE #1) held my left arm as

well, and was trying to pretzel my body prior to hitting the floor. I slipped

out and hit the ground and roll on my stomach that's when (JOHN-DOE #6)

goes for my neck on the ground, and turns to check to see who witnessed his

actions.

Ex/ Attached Video-2 at (01:18), and at (02:07)


13.)    **Defendant (JOHN-DOE #6)** instantly he put both hands on my neck in

a Strangling position and proceeded to cut my wind off.

Ex/ Attached Video-2 at (01:24)


### Third Cause of Action


14.)    **Defendant (JOHN-DOE #7)** While trying to lay on my stomach grabbed

my left leg and applied his body weight on my leg to secure me. Defendant (

JOHN-DOE #5) had my right leg with his body weight on me. (JOHN-DOE

#1) had my right arm pinned behind my back and his body weight on me,

and (JOHN-DOE #3) had my left arm pinned to my back folded to be cuffed

with his body weight on me, and (JOHN-DOE #6) started to choke me some

more, and as medical defendants (JOHN-DOE MEDICAL#10,) and

(JANE-DOE MEDICAL #11) watched as they tried to drag me towards an open cell 10-feet away.

Ex/ Attached Video-2 at (02:28)

15.) **(JOHN-DOE MEDICAL#8)** who saw I was trying to roll on my stomach and rush to move the benches to block the camera from showing that the deputy was choking me, and plaintiff further alleges that this was a tactical assault being applied against my person, and as he was positioning his body to blind the cameras at different points for another defendant (JANE-DOE#2).

Ex/ Attached Video-2 at (01:28)

16.) **Defendant JOHN-DOE #9)** was sliding the bench down to where you couldn't see his the body of (JOHN-DOE #6) as he is flexing, and Stretching his hands after all the deputies were on top of my, Back, Neck, and Legs.

Ex/ Attached Video-2 at (01:58)

17.) **Defendant ( JOHN-DOE #4)** watched as I went unconscious the first

time, and was safely handcuffed by (JOHN-DOE #3). I was still being

choked, not being held down by (JOHN-DOE #6.)

Ex/ Attached Video-2 (01:49)

18.) **Defendant ( JOHN-DOE #6)** continued to apply force on my neck.

Ex/ Attached Video-2 at (01:28–1:58)

19.) **Defendant ( JOHN-DOE #3, JANE-DOE #2 )** picked me up and

dropped me face first on the ground..

Ex/ Attached Video-2 at (02:16)

20.) **Defendant ( JOHN-DOE #5)** took that moment as refusal, along with

(JOHN-DOE #7) and grabbed the handcuff to yank my arms over my head

to drag me while on my stomach to an open cell causing a series of injuries

to the surgical region of my neck that took 65% of the mobility from my left

side due to being fused from my "C3-C6 spinal disc," now I have lesser

mobility.

Ex/ Attached Video-2 at (02:22)

21.)  **Defendant ( JOHN-DOE #1)** placed his body in front of the camera in

Video-3 as they dragged me. They blocked the cameras and applied military

tastic submission hold throughout their systematic maneuvering of assaults

on me for another 4-minutes in a Restraint Chair with a bag on my head.

Ex/ Attached Video-3 at (02:36)

22.)  **Defendant (JOHN-DOE#5)** yank on the handcuffs so hard he almost

lost balance. Then laugh about it.

Ex/ Attached Video-3 at (02:27)

23.)  **Defendant  (JANE-DOE MEDICAL#10)** I had informed medical staff

of my existing  injuries, and medical watch as they were using excessive

force on a a disabled detainee, and the medical team was smiling and leaning

on the  walls throughout the entire time, and never informed the defendants

who was beating me to stop, and while strapped to a restraint chair which

they started asphyxiating me which is a prohibited policy while in the

restraint chair.

Ex/ Attached Video at (05:56)

24.) **Defendant (JOHN-DOE MEDICAL #11)** who had just cleared me to be processed for intake and never said anything about my injuries that was documented in my records throughout the 10-minute ordeal. The Doctors knew my neck was fused 8-months earlier from the C3-C6 my medical record also indicate the following: Cervical radiculopathy, Lumbar injuries, Traumatic brain injury, Post-traumatic stress disorder, Cervical cord myelomalacia, Chronic hepatitis C without hepatic coma, and Bradley cardiac heart condition.

Ex/ Attached Video at (05:56), and (02:40)

25.) **Defendant (JOHN-DOE #8)** position himself again in front of the camera in video-2 for (JOHN-DOE #6), and for defendant ( JANE-DOE #2) he positioned himself to allow her to choke me as well.

Ex/ Attached Video at (02:40)

26.) **Defendant (JOHN-DOE #2)** she drops to the ground and starts to strangle me with her right hand for roughly 15-seconds. I started to kick my feet and (JOHN-DOE #3) stepped on my left ankles with his foot then bent

down to put his body weight applying his knees on my legs.  (JANE-DOE

#2,) and (JOHN-DOE #1, #3, #6) was applying knees to my back.

Ex/ Attached Video-3 at (02:30)

27.)    **Defendant  (JANE-DOE #2)** was strangling me on the ground, and

(JOHN-DOE # 8) blocked the camera. I was being strangled by deputies at

different points and times.

Ex/ Attached Video-3 at (02:54)

28.)    **Defendant ( JOHN-DOE #5)** dropped to the ground and place his right

hand on my neck, and starts to choke me, and (JOHN-DOE # 8) steps in

once again to block the cameras

Ex/ Attached Video-3 at (03:13)

29.)    **Defendant (JANE-DOE #2)** was pressing her left knee in the center of

my back restricting my breathing while handcuffed.

 Ex/ Attached Video-3 at (03:13)

30.) **Defendant (JANE-DOE #2)** fully put her entire body on top on me with both knees on my back with the full weight of 4-deputies while face down on the floor, with (JOHN-DOE #5) choking me at all times. I started yelling, "I Can't Breath"

Ex/ Attached Video-3 at (03:37)

31.) **Defendant (JOHN-DOE #5)** applied his thumb and index finger to put pressure on my Adams Apple that started to cause me to faint which I did, and I started to have convulsion. I was being choked again, and scared for my life when (JOHN-DOE #5) released his grip. At this point I felt they were trying to kill me, and was choked again, and I started yelling "I Can't Breath

."Ex/ Attached Video-3 at (03:15)

32.) **Defendant (JOHN-DOE #8)** decided to bring The Restraint Chair to punish me further.

Ex/ Attached Video-3 at (05:37)

33.) **Defendant (JOHN-DOE #5)** rub my face in the vomit before putting me in the chair. I was exhausted and was carried to the restraint Chair by (JOHN-DOE

#1, JOHN-DOE #5, and JOHN-DOE #7) to be punished further where

(JANE-DOE #2)  stood behind the chair to pull on the handcuffs strap to get  me to

respond disruptively.

Ex/ Attached Video-3 at ( 06:55)


**34.) Defendants (JANE-DOE #2)** pulled on the handcuffs through the back of the

chair causing my reaction to be constituted for placement in the "Restraint Chair" .

As soon as she stood up, I stopped.

Ex/Attached Video at (07:02)


**35.) Defendants (JOHN-DOE #5, and #8)** was on my right side to strap me in per

policy starting with the right side.

Ex/ Attached Video-3 at ((07:55)


**36.) Defendant (JOHN-DOE # 3, and #7)** was on my left to secure me per policy

stating that once the right is secure then the left in the usage of "The Restraint

Chair."

Ex/ Attached Video-3 at (08:00)

37.) **Defendant (JOHN-DOE #1)** was now behind the Restraint Chair choking me again along with (JOHN-DOE #2), and Sgt. JOHN-DOE #4) was blocking the camera view from showing it.

Ex/ Attached Video-3 at (07:32)

38.) **Defendant (JANE-DOE #2)** step back in and started strangling me again

Ex/ Attached Video-3 at (07:37)

39.) **Defendant (JOHN-DOE #8)** was on my right side and he started to choke me for know reason. Once the bag went onto my head he stood up indicating I was secured in the Restraint Chair. ( Sgt. JOHN-DOE #3) also stood up from securing my ankles on the right side. The left side was done  by defendants (JOHN-DOE #5, JOHN-DOE #8, and JANE-DOE #2)  Sgt. JOHN-DOE #4) witness the procedure to secure someone in the Restraint Chair."I started yelling I am going to sue  all of you for being strapped in the Restraint Chair.

Ex/ Attached Video-3 at (07:41)

40.) **Defendant (JOHN-DOE #7)** Get fed up and slam my head down between my knees and with a spit bag I yell  "I can't breathe." I'm trying to push up to breath,

and was held in a pretzel position strapped to the Restraint Chair. My head was

forced between my legs. No air hit my lungs. Medical choose not to say anything

and watched me with a bag on my head while deputies were trying to openly kill

me.

Ex/ Attached Video-3 at (08:05)


41.) **Defendant (Sgt. JOHN-DOE#3)**  strapped me in the restraint chair with a

spit-bag over my head, and he held me down between his legs for 2-minutes and

15-seconds causing the spinal injuries mentioned herein. My MRI shows a

compression fracture in my L1 vertebra.

That's due to the weight of five officers on top of me with more than one

weighing in at over 250-pounds sitting on my neck while strapped to a Restraint

Chair with a spit-Bag placed over my head. My lower superior plate was fractured

due to the misuse of the Restraint Chair. I have a Subacute L1 level vertebral body

wedge compression fracture involving the superior endplate.  Which also involve

the anterior superior L3 and L4 level vertebral body endplate regions. That's my

Lower/Mid-back areas for the injuries sustained on March 17, 2020. I complained

of my injuries, and their treatment while housed at Columbia River Correctional

Institution (CRCI) facility from January 2018 until November 2019. Upon release I

had to have surgery in March 2019. The defendant came to my mother's home on 10-31-2019 (I have the video,) and removed us from our home. My mother's home was restored back to her on 11-12-2020. The Sheriff's deputies have an ongoing issue with me that's why 3-months later they tried to kill me on 03-17-2020. Ex/ Attached Video-3 at (08:05- 10:20)


42.) **Defendant "BOB BURTON"** was contacted by the Mayor Office to investigate the use of force regarding me, and he informed me that Captain Smith will do the investigation. I never initiated the investigation. I was instructed by the Mayor OFFICE to do so in which KOIN-6 NEWS investigator DAN TUlIP who refused to report the case after interviewing and speak to the defendant Cpt.. SMITH in which the defendant Captain SMITH cleared the deputies he dropped the story. They justified my injuries coming from my resisting, and noncompliance to the deputies orders when given verbal commands, and the use of force was justified and mandated.


43.) **Defendant "CPT. ERIC P. SMITH"** Vindicated the officers of any wrong after he had requested my medical records showing my injuries resulted from being

held in a prohibited asphyxiated position in a chair that's not designed for that type

of use.


44.) **Defendant " MICHAEL RESSE"** Did not agree with the appropriation  of

the chair, and which would be used for the results of an injury to an inmate.And yet

felt that the officer's use-of-force was justified.


**CLAIMS FOR RELIEF**

**FIRST CLAIM OF RELIEF**
**(Unnecessary and Unreasonable Use of Physical Force)**

1. Plaintiff realleges and incorporates by reference all those facts and allegations in paragraphs (1 through 11) above and further alleges:
2. By right, Plaintiffs reasonably expect to proceed without injury, secure in its capacities.  By right, Plaintiff is entitled to a substantial right to Due Process.
3.  Defendants have a legal duty to use due care and not cause an injury to Plaintiff or interfere with said rights in any way.
4.  Defendants failed to act with the due care demonstrated under the circumstances.
5. Defendants breached that duty by approximately or legally, directly and indirectly, causing the injuries to Plaintiff.
6.  There is a causal nexus between the harm caused by Defendants actions, and/or the Defendants failure to act to prevent said harm, and the damages sustained by Plaintiff.
7.  Substantial injury resulted from the acts to Plaintiffs' person;
8. And gross negligence was the proximate cause of the injury; as well as
9. Professional misconduct and intentional misconduct.
10. The damages claimed are all a result of the injuries.


**SECOND CLAIM OF RELIEF**

**(Trespass on Plaintiff Against Defendants DOES 1-10 for Excessive Force)**

11. Plaintiff realleges and incorporates by reference all those facts and allegations in paragraphs (12 through 13) above and further alleges:

12. Defendants have a legal duty to use due care and not cause an injury to Plaintiff or interfere with said rights to be safe and secure in his person from physical injuries in any way.

13. Defendants breached that duty by approximately or legally, directly and indirectly, causing the injuries to Plaintiff.

14. The damages claimed are all a result of the physical and emotional injuries.

**THIRD CLAIM OF RELIEF**

**(Conspiracy to Cover Up Unlawful and Wrongful Physical Acts and Evidence Tampering)**

15. Plaintiff realleges and incorporates by reference all those facts and allegations in paragraphs (14 through 44) above and further alleges:

16. Plaintiff, expected to proceed in his personal good health without injuries, secured in his capacities to perform his everyday life necessities without pain and suffering injuries for the rest of his life.

17. By right, Plaintiff is entitled to a standard of care and to due process.

18. Defendants have a legal duty to use due care and not cause any injury to Plaintiff or interfere with said rights in any way.

19. Defendants breached that duty by approximately or legally, directly and indirectly, causing the injuries to Plaintiff.

20. The damages claimed are all a result of the injuries.

**DEMAND FOR RELIEF**

21. For said causes of action therefore Plaintiffs bring its suit.

WHEREFORE, Plaintiffs demand a jury trial on the merits and request entry of Judgment in their favor as follows:

1. On Plaintiffs' First Claim for Relief against Defendants awarding plaintiff damages in an amount of $1,000,000 and further to be proven at trial, together with their reasonable attorney fees and costs;

2. On Plaintiffs' Second Claim for Relief against Defendants awarding plaintiff damages in an amount of $1,000,000 and further to be proven at trial, together with their reasonable attorney fees and costs;

3. On Plaintiffs' Third Claim for Relief against Defendants awarding plaintiff damages in an amount to be proven at trial;

4. On Plaintiffs' Fourth Claim for Relief against all Defendants, awarding plaintiff: a) actual damages, together with their attorney fees and costs; b) From each said defendant, statutory damages of $1,000.00 for each named Plaintiffs and, an amount not to exceed the lesser of $500,000.00 or 1% of the net worth of such defendant and c) Costs of this action and reasonable attorney fees.

5. For such other relief the court deems proper.

**WHEREFORE, the plaintiff requests judgment as follows:**

1. That all enjoining defendants, defendants' agents, and representatives, and all persons acting in concert or participating with them, from or causing of said injuries.

2. Compensatory **$75,000** per defendant

3. Economical and non economical damages:

4. Loss of bodily functions: **$500,000**

5. Loss wages because of injuries **$1,000,000**

6. Punitive- damages the court claim that the defendants did

4. Any further relief that the court may deem just and equitable.

I am the plaintiff in this action. I have read the foregoing complaint and it is true of my own knowledge, except as to those matters stated on information or belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

*Date of*
*execution:* _March 16,_ 2022.

_Edward Bailey_
**PLAINTIFF**