UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EDWARD BAILEY,

      Plaintiff - Appellant,

 v.

MULTNOMAH COUNTY SHERIFF'S
OFFICE; et al.,

      Defendants - Appellees.

No. 24-2798

D.C. No.
3:22-cv-00429-YY

District of Oregon,
Portland

MANDATE

The judgment of this Court, entered May 12, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT